1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  ROGER DINH (NYBN 4979274)
   Special Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3680
7      FAX: (510) 637-3724
       Roger.Dinh@usdoj.gov
8
   Attorneys for United States of America
9

**FILED**

NOV 25 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

13
   UNITED STATES OF AMERICA,           ) NO. 14-CR-00546 JST
14                                     )
              Plaintiff,               ) **STIPULATED REQUEST TO EXCLUDE TIME**
15                                     ) **UNDER THE SPEEDY TRIAL ACT**
         v.                            )
16                                     )
   RICARDO FLORES PLASCENCIA,          )
17      a/k/a Ernesto Fachelli-Rolon,  )
        a/k/a Jose Luis Beltran-Placsencia, )
18      a/k/a Ricardo Galvan-Beltran,  )
        a/k/a Ricardo Corwan-Baltran   )
19      a/k/a Ricardo Martinez-Narcisez )
        a/k/a Tranquilino Ramirez-Olachea, )
20      a/k/a Ivan Lopez,              )
        a/k/a Ivan Gomez,              )
21      a/k/a Ramirez Tranquilino,     )
                                       )
22            Defendant.               )
                                       )
23

24       On November 21, 2014, the parties appeared before this Court for a status conference. With the

25  agreement of the parties, the Court enters this order documenting the exclusion of time under the Speedy

26  Trial Act, 18 U.S.C. §3161(h)(7)(A), and (h)(7)(B)(iv) from November 21, 2014 to January 30, 2015.

27       The parties agreed to the exclusion of time under the Speedy Trial Act to allow effective

28  preparation of counsel, defense counsel to review discovery and government counsel to produce

STIP. REQ. TO EXCLUDE TIME
NO. CR-14-00546 JST

additional discovery. For these reasons, time is excludable pursuant to 18 U.S.C. § 3161 (h)(7)(A), and (h)(7)(B)(iv).

Given these circumstances, the Court found that the ends of justice served by excluding the period from November 21, 2014 to January 30, 2015 from Speedy Trial Act calculations outweighs the interests of the public and the defendant in a speedy trial in accordance with 18 U.S.C. § 3161(h)(7)(A), and (h)(7)(B)(iv).

DATED: November 21, 2014                                Respectfully submitted,

                                                        MELINDA HAAG
                                                        United States Attorney

/s/ Joyce Leavitt                                       /s/ Roger Dinh
JOYCE LEAVITT                                           ROGER DINH
Attorney for Defendant                                  Special Assistant United States Attorney

## ORDER

Based on the reasons provided in the stipulation of the parties above, with the consent of both parties, the Court orders that the period from November 21, 2014 to January 30, 2015 be excluded from Speedy Trial Act calculations, pursuant to 18 U.S.C. § 3161(h)(7)(A), and (h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 11/25/14

                                                        HON. JON S. TIGAR
                                                        United States District Judge

STIP. REQ. TO EXCLUDE TIME
NO. CR-14-00546 JST