1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  ROGER DINH (NYBN 4979274)
   Special Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3680
7      FAX: (510) 637-3724
       Roger.Dinh@usdoj.gov
8
   Attorneys for United States of America
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                             OAKLAND DIVISION

13
   UNITED STATES OF AMERICA,        )   NO. 14-CR-00546 JST
14                                  )
         Plaintiff,                 )   **STIPULATED REQUEST TO EXCLUDE TIME**
15                                  )   **UNDER THE SPEEDY TRIAL ACT**
         v.                         )
16                                  )
   RICARDO FLORES PLASCENCIA,       )
17      a/k/a Ernesto Fachelli-Rolon, )
        a/k/a Jose Luis Beltran-Placsencia, )
18      a/k/a Ricardo Galvan-Beltran, )
        a/k/a Ricardo Corwan-Baltran, )
19      a/k/a Ricardo Martinez-Narcisez )
        a/k/a Tranquilino Ramirez-Olachea, )
20      a/k/a Ivan Lopez,            )
        a/k/a Ivan Gomez,             )
21      a/k/a Ramirez Tranquilino,    )
                                      )
22       Defendant.                   )
                                      )
23

24       On January 30, 2015, the parties appeared before this Court for a status conference.  With the

25  agreement of the parties, the Court enters this order documenting the exclusion of time under the Speedy

26  Trial Act, 18 U.S.C. §3161(h)(7)(A), and (h)(7)(B)(iv) from January 30, 2015 to February 27, 2015.

27       The parties agreed to the exclusion of time under the Speedy Trial Act to allow effective

28  preparation of counsel, defense counsel requires additional time to review discovery, including five

STIP. REQ. TO EXCLUDE TIME
NO. CR-14-00546 JST

immigration tapes and both parties are still negotiating a possible resolution to this case.  For these reasons, time is excludable pursuant to 18 U.S.C. § 3161 (h)(7)(A), and (h)(7)(B)(iv).

Given these circumstances, the Court found that the ends of justice served by excluding the period from January 30, 2015 to February 27, 2015 from Speedy Trial Act calculations outweighs the interests of the public and the defendant in a speedy trial in accordance with 18 U.S.C. § 3161(h)(7)(A), and (h)(7)(B)(iv).

DATED:  February 2, 2015                                     Respectfully submitted,

                                              MELINDA HAAG
                                              United States Attorney

/s/ Joyce Leavitt                                                    /s/ Roger Dinh
JOYCE LEAVITT                                                 ROGER DINH
Attorney for Defendant                                       Special Assistant United States Attorney

### ORDER

Based on the reasons provided in the stipulation of the parties above, with the consent of both parties, the Court orders that the period from January 30, 2015 to February 27, 2015 be excluded from Speedy Trial Act calculations, pursuant to 18 U.S.C. § 3161(h)(7)(A), and (h)(7)(B)(iv).

IT IS SO ORDERED.

DATED:  February 2, 2015                                     _____
                                                               HON.  JON S. TIGAR
                                                               United States District Judge