MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

ROGER DINH (NYBN 4979274)
Special Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Roger.Dinh@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 14-CR-00546 JST |
| Plaintiff, | **STIPULATED REQUEST TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| RICARDO FLORES PLASCENCIA,<br>    a/k/a Ernesto Fachelli-Rolon,<br>    a/k/a Jose Luis Beltran-Placsencia,<br>    a/k/a Ricardo Galvan-Beltran,<br>    a/k/a Ricardo Corwan-Baltran<br>    a/k/a Ricardo Martinez-Narcisez<br>    a/k/a Tranquilino Ramirez-Olachea,<br>    a/k/a Ivan Lopez,<br>    a/k/a Ivan Gomez,<br>    a/k/a Ramirez Tranquilino, | |
| Defendant. | |

On February 27, 2015, the parties appeared before this Court for a status conference. With the agreement of the parties, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A), and (h)(7)(B)(iv) from February 27, 2015 to April 10, 2015.

The parties agreed to the exclusion of time under the Speedy Trial Act to allow effective preparation of counsel, defense counsel requires additional time to investigate and gather documents to

STIP. REQ. TO EXCLUDE TIME
NO. CR-14-00546 JST

be provided to government counsel. Additionally, both parties are actively negotiating a possible resolution to this case. For these reasons, time is excludable pursuant to 18 U.S.C. § 3161 (h)(7)(A), and (h)(7)(B)(iv).

Given these circumstances, the Court found that the ends of justice served by excluding the period from February 27, 2015 to April 10, 2015 from Speedy Trial Act calculations outweighs the interests of the public and the defendant in a speedy trial in accordance with 18 U.S.C. § 3161(h)(7)(A), and (h)(7)(B)(iv).

DATED: March 2, 2015                              Respectfully submitted,

                                                  MELINDA HAAG
                                                  United States Attorney

/s/ Joyce Leavitt                                 /s/ Roger Dinh
JOYCE LEAVITT                                     ROGER DINH
Attorney for Defendant                            Special Assistant United States Attorney

### ORDER

Based on the reasons provided in the stipulation of the parties above, with the consent of both parties, the Court orders that the period from February 27, 2015 to April 10, 2015 be excluded from Speedy Trial Act calculations, pursuant to 18 U.S.C. § 3161(h)(7)(A), and (h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: March 2, 2015                              _____
                                                  HON. JON S. TIGAR
                                                  United States District Judge