STEVEN KALAR
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
(510) 637-3500

Counsel for Defendant PLASCENCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 14-00546 JST |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER ADVANCING SENTENCING |
| | ) | |
| | ) | |
| RICARDO FLORES PLASCENCIA, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, that the sentencing date for Ricardo Flores Plascencia, currently scheduled for June 26, 2015, at 9:30 a.m., may be advanced two weeks to June 12, 2015, at 9:30 a.m. before Honorable Jon S. Tigar for sentencing. The reason for the request is that defense counsel is unavailable on June 26, 2015. The defendant has been interviewed by the probation officer, the draft presentence report already has been released, and the parties have provided their comments to the probation officer.

United States Probation Officer Mark Unalp is the probation officer assigned to prepare the

presence report. USPO Unalp does not object to the request that sentencing be advanced to June 12, 2015 and will ensure that the final presentence report be disclosed early in the week of June 1, 2015.

DATED: 5/29/15                    /s/
                                  JOYCE LEAVITT
                                  Assistant Federal Public Defender

DATED: 5/29/15                    /s/
                                  JENNIFER A. TOLKOFF
                                  Special Assistant United States Attorney

I hereby attest that I have permission of the parties to enter a conformed signature (/s/) for all signatures within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing date for Ricardo Flores Plascencia, currently scheduled for June 26, 2015, at 9:30 a.m., is hereby advanced two weeks to June 12, 2015, at 9:30 a.m. before Honorable Jon S. Tigar for sentencing.

SO ORDERED.

DATED: June 1, 2015

*IT IS SO ORDERED*
*Judge Jon S. Tigar*